# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ZAHRA MOWAFY, | : | NO: 05-733-KAJ |
| | : | |
| Plaintiff | : | |
| v. | : | JURY TRIAL DEMANDED |
| | : | |
| NORAMCO OF DELAWARE, INC. | : | |
| And NORAMCO, INC. | : | |
| | : | |
| Defendant | : | |

## ENTRY OF APPEARANCE - SUBSTITUTION OF COUNSEL

Please enter the appearance of Stephen J. Neuberger, Esquire, of The Neuberger Firm, and substitute him for Lance J. Nelson, Esquire, as attorney for Plaintiff Zahra Mowafy in this matter.

THE NEUBERGER FIRM

/s/ Stephen J. Neuberger
STEPHEN J. NEUBERGER, ESQ. (#4440)
Two East Seventh Street, Suite 302
Wilmington, DE 19801-3707
(302) 655-0582
SJN@NeubergerLaw.com
Attorney for Plaintiff

Date: November 1, 2005