## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ZAHRA MOWAFY, | : | NO: 05-733-KAJ |
| | : | |
| Plaintiff | : | |
| v. | : | JURY TRIAL DEMANDED |
| | : | |
| NORAMCO OF DELAWARE, INC. | : | |
| And NORAMCO, INC. | : | |
| | : | |
| Defendant | : | |

### MOTION AND ORDER
### FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of William T. Wilson to represent Plaintiff Zahra Mowafy in this matter.

|  |  |
|---|---|
|  | THE NEUBERGER FIRM |
|  |  |
|  | /s/ Stephen J. Neuberger |
|  | STEPHEN J. NEUBERGER, ESQ.  (#4440) |
|  | Two East Seventh Street, Suite 302 |
|  | Wilmington, DE  19801-3707 |
|  | (302) 655-0582 |
|  | SJN@NeubergerLaw.com |
| Date:  November 1, 2005 | Attorney for Plaintiff |

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date:_____    _____
                                        United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office shortly after the filing of this motion.

MacELREE HARVEY, LTD.

/s/ William T. Wilson_____
WILLIAM T. WILSON, ESQ.
Pennsylvania Supreme Court Attorney ID#: 41793
17 West Miner Street
P.O. Box 660
West Chester, PA 19381-0660
(610) 436-0100
Attorney for Plaintiff

Date: November 1, 2005