**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ZAHRA MOWAFY, | : | NO: 05-733-KAJ |
| | : | |
| Plaintiff | : | |
| v. | : | JURY TRIAL DEMANDED |
| | : | |
| NORAMCO OF DELAWARE, INC. | : | |
| And NORAMCO, INC. | : | |
| | : | |
| Defendant | : | |

## MOTION TO WITHDRAW ALL CLAIMS AGAINST DEFENDANT HEALTH SERVICES, INC.

THE CLERK OF COURT:

Kindly mark the above matter withdrawn as to defendant Health Services, Inc. only.

THE NEUBERGER FIRM

 /s/ Stephen J. Neuberger
STEPHEN J. NEUBERGER, ESQ.  (#4440)
Two East Seventh Street, Suite 302
Wilmington, DE  19801-3707
(302) 655-0582
SJN@NeubergerLaw.com
Attorney for Plaintiff

Date:   11/9/05

MacELREE HARVEY, LTD.

 /s/William T. Wilson
WILLIAM T. WILSON, ESQ.
17 West Miner St., PO Box 660
West Chester, PA  19381-0660
(610) 840-0206
Attorney for Plaintiff

Date:   11/7/2005

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that plaintiff's motion to withdraw all claims against defendant Health Services, Inc. only is granted.

Date:_____          _____
                                                                United States District Judge