IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ZAHRA MOWAFY, | : | NO: 05-733-KAJ |
| | : | |
| Plaintiff | : | |
| v. | : | JURY TRIAL DEMANDED |
| | : | |
| NORAMCO OF DELAWARE, INC. | : | |
| And NORAMCO, INC. | : | |
| | : | |
| Defendant | : | |

**NOTICE OF VOLUNTARY DISMISSAL**

Please take Notice that all claims against defendant Health Services, Inc., are voluntarily dismissed by plaintiff without prejudice.

THE NEUBERGER FIRM

 /s/ Stephen J. Neuberger
STEPHEN J. NEUBERGER, ESQ.  (#4440)
Two East Seventh Street, Suite 302
Wilmington, DE  19801-3707
(302) 655-0582
SJN@NeubergerLaw.com
Attorney for Plaintiff

Of Counsel:

MacELREE HARVEY, LTD.
WILLIAM T. WILSON, ESQ.
17 West Miner St., PO Box 660
West Chester, PA  19381-0660
 (610) 840-0206