271522

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

ZAHRA MOWAFY,                                  :        NO:  05-733-KAJ

         Plaintiff                              :

   vi.                                                :        JURY TRIAL DEMANDED

NORAMCO OF DELAWARE, INC.                      :
And NORAMCO, INC.                              :

        Defendant                              :


## WAIVER OF SERVICE OF SUMMONS

TO:   William T. Wilson, Esq.

I acknowledge receipt of your request that I waive service of a summons in the action of Zahra Mowafy v. Noramco of Delaware, Inc. and Noramco, Inc., which is case number 05-733-KAJ in the United States District Court for the District of Delaware.  I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after November 23, 2005 or within 90 days after that date if the request was sent outside the United States.


NORAMCO, INC.

_____
Signature

Date: 12/22/05

Representative of Defendants
_____
(Title)