**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ZAHRA MOWAFY, | : | NO: 05-733-KAJ |
| Plaintiff | : | |
| v. | : | JURY TRIAL DEMANDED |
| NORAMCO OF DELAWARE, INC. And NORAMCO, INC. | : | |
| Defendant | : | |

## PLAINTIFF'S RULE 55(a) MOTION TO THE CLERK FOR AN ENTRY OF DEFAULT

Pursuant to Fed. R.C.P. 55(a), plaintiff Moves the Clerk to enter defendants' default in this action.

### Facts

On October 18, 2005, Plaintiff filed her Complaint and an Amended Complaint was filed November 1, 2005. A waiver of service of summons and complaint was executed on the defendants' behalf on December 22, 2005 and filed with the Court on February 22, 2006. The Answer to the initial Complaint was due sixty (60) days after service of the request for waiver under Fed. R.C.P. 4(d)(3). No Answer has been filed.

### Discussion

Fed. R.C.P. 55(a) states that "When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise, the clerk shall enter the party's default.

As the docket and factual recitation set forth above makes clear, defendants have failed to file an Answer to either the Complaint or the Amended Complaint. Nor have they filed a

Motion to Dismiss or otherwise challenged matters such as service, venue or the sufficiency of the Complaint.[1]

Defendants have defaulted and failed to plead or otherwise defend as required by the Federal Rules of Civil Procedure. Accordingly, Fed. R.C.P. 55(a) now requires that "the clerk shall enter the party's default."

                              Respectfully submitted,

                              THE NEUBERGER FIRM, P.A.

                              /s/ Stephen J. Neuberger
                              STEPHEN J. NEUBERGER, ESQ. (#4440)
                              Two East Seventh Street, Suite 302
                              Wilmington, DE 19801-3707
                              (302) 655-0582
                              SJN@NeubergerLaw.com
                              Attorney for Plaintiff

                              MACELREE HARVEY, LTD.

                              /s/ William T. Wilson
                              William T. Wilson, Esq.
                              PA Supreme Ct. ID: 41793
                              17 West Miner St.
                              P.O. Box 660
                              West Chester, PA 19381-0660
                              (610) 436-0100
                              Attorney for Plaintiff, Admitted *Pro Hac Vice*
Date: March 14, 2006

---

[1] See 10A Wright, Miller & Kane, Federal Practice and Procedure: Civil 3d § 2682, 16 (1998) (noting that the "words 'otherwise defend' refer to the interposition of various challenges to such matters as service, venue, and the sufficiency of the prior pleading, any of which might prevent a default if pursued in the absence of a responsive pleading").

## CERTIFICATE OF SERVICE

     I, Stephen J. Neuberger, being a member of the bar of this Court do hereby certify that on March 14, 2006, I caused two (2) copies of this Motion to be served on the counsel named below by the means indicated:

                  Alton A.J. Harmon, Esq.
                  MORGAN, LEWIS & BOCKIUS, LLP
                  1701 Market Street
                  Philadelphia, PA  19103-2921
                  (First Class Mail)


                  THE NEUBERGER FIRM, P.A.


                  /s/ Stephen J. Neuberger
                  STEPHEN J. NEUBERGER, ESQ.  (#4440)
                  Two East Seventh Street, Suite 302
                  Wilmington, DE  19801-3707
                  (302) 655-0582
                  SJN@NeubergerLaw.com
Date:  March 14, 2006        Attorney for Plaintiff