IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ZAHRA MOWAFY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No 05-733 (KAJ) |
| | : | |
| NORMANCO OF DELAWARE, INC. | : | |
| And NORAMCO, INC., | : | **TRIAL BY JURY OF** |
| | : | **TWELVE DEMANDED** |
| Defendants. | : | |

### ENTRY OF APPEARANCE

PLEASE ENTER the appearance of DAVID E. BRAND, ESQUIRE, on behalf of the defendants, **NORMANCO OF DELAWARE, INC. and NORMAMCO, INC.** This Entry of Appearance shall not be a waiver of jurisdictional defects in service upon these Defendants. These Defendants specifically reserve all rights to raise jurisdictional, or service, or statute of limitations defenses which may be available.

PRICKETT, JONES & ELLIOTT, P.A.

BY: /s/ David L. Brand
DAVID E. BRAND (I.D. No. 201)
1310 King Street
P. O. Box 1328
Wilmington, DE 19899
(302) 888-6514
Attorneys for Defendants

DATE: March 17, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2006, I electronically filed my **ENTRY OF APPEARANCE** with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

Stephen J. Neuberger, Esquire
Thomas S. Neuberger, P.A.
Two East 7th Street
Suite 302
Wilmington, DE 19801

                                          /s/ David E. Brand
                                          _____
                                          DAVID E. BRAND (Bar I.D. #201)
                                          Prickett, Jones & Elliott, P.A.
                                          1310 King Street
                                          P.O. Box 1328
                                          Wilmington, DE  19899-1328
                                          TEL: 302-888-6514
                                          EMAIL:  DEBrand@prickett.com