IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ZAHRA MOWAFY, | : | C. A. NO: 05-733 (KAJ) |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| NORAMCO OF DELAWARE, INC. and NORAMCO, INC., | : | |
| | : | |
| Defendants. | : | |
| | : | |

**DEFENDANTS' REQUEST FOR ORAL ARGUMENT
ON PLAINTIFF'S MOTION FOR A DEFAULT JUDGMENT**

Defendants respectfully request oral argument pursuant to Local Rule 7.1.4 on Plaintiff's Rule 55(b)(2) Motion for Default Judgment and for a Trial on Damages (D.I. 9). Briefing on the motion has been completed (D.I. 11 and 13).

                                                PRICKETT, JONES & ELLIOTT, P.A.

                                                BY: _____
                                                DAVID E. BRAND (I.D. No. 201)
                                                310 King Street
                                                P. O. Box 1328
                                                Wilmington, DE  19899
                                                debrand@prickett.com
                                                Tel: (302) 888-6500

                                                *ATTORNEYS FOR NORAMCO OF
                                                DELAWARE, INC. AND NORAMCO, INC.*

*OF COUNSEL:*

Larry L. Turner
Alton A. J. Harmon
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19104
Tel: (215) 963-5000
Date:  March 28, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2006, I electronically filed **DEFENDANTS' REQUEST FOR ORAL ARGUMENT ON PLAINTIFF'S MOTION FOR A DEFAULT JUDGMENT** with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

Stephen J. Neuberger, Esquire
Thomas S. Neuberger, P.A.
Two East 7th Street
Suite 302
Wilmington, DE 19801

/s/ David E. Brand
_____
DAVID E. BRAND (Bar I.D. #201)
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899-1328
TEL: 302-888-6514
EMAIL: DEBrand@prickett.com