IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| ZAHARA MOWAFY,<br><br>       Plaintiff<br><br>v.<br><br>NORAMCO OF DELAWARE, INC.<br>and NORAMCO, INC.,<br><br>       Defendants | NO. 05-733-KAJ<br><br>JURY TRIAL DEMANDED |

### PLAINTIFF'S MOTION TO EXTEND TIME LIMIT FOR SERVICE OF AMENDED COMPLAINT, IN ALTERNATIVE TO ENTRY OF DEFAULT JUDGMENT

Pursuant to Fed. R. Civ. P. 4(m), plaintiff moves this Honorable Court, in the event the Motion for Default Judgment filed March 15, 2006 is denied, to extend the time for service of summons and complaint, for the reasons more fully set forth in the accompanying brief and affidavit.

| | |
|---|---|
| THE NEUBERGER FIRM, P.A. | MacELREE HARVEY, LTD. |
| /s/Stephen J. Neuberger<br>Stephen J. Neuberger, Esquire<br>(#4440)<br>Two East Seventh Street, Suite 302<br>Wilmington, DE 19801-3707<br>(302) 655-0582<br>SJN@NeubergerLaw.com<br>Attorney for Plaintiff | /s/William T. Wilson<br>William T. Wilson, Esquire<br>PA Supreme Court I.D.: 41793<br>17 West Miner Street, P.O. Box 660<br>West Chester, PA 19381-0660<br>(610) 436-0100<br>Attorney for Plaintiff,<br>Admitted *Pro Hac Vice* |

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| ZAHARA MOWAFY,<br><br>                    Plaintiff<br><br>v.<br><br>NORAMCO OF DELAWARE, INC.<br>and NORAMCO, INC.,<br><br>                    Defendants | NO. 05-733-KAJ<br><br>JURY TRIAL DEMANDED |

### ORDER

AND NOW, this _____ day of _____, 2006, upon consideration of Plaintiff's Motion for Extension of time for Service Under Fed. R. Civ. P. 4(m) and the Defendant's response thereto, it is hereby ORDERED that the Motion is GRANTED. Plaintiff shall serve the summons and complaint within fifteen (15) days of this Order.

                                                        BY THE COURT:


                                                        _____
                                                                           J.

## CERTIFICATE OF SERVICE

    I, Stephen J. Neuberger, being a member of the bar of this Court do hereby certify that on April 10, 2006, I caused two (2) copies of the foregoing Motion to Extend Time to Serve Amended Complaint to be served on the counsel named below by the means indicated:

                                Alton A.J. Harmon, Esq.
                                MORGAN, LEWIS & BOCKIUS, LLP
                                1701 Market Street
                                Philadelphia, PA  19103-2921
                                (First Class Mail)


                                THE NEUBERGER FIRM, P.A.


                                /s/ Stephen J. Neuberger
                                STEPHEN J. NEUBERGER, ESQ.  (#4440)
                                Two East Seventh Street, Suite 302
                                Wilmington, DE  19801-3707
                                (302) 655-0582
                                SJN@NeubergerLaw.com
Date: April 10, 2006                Attorney for Plaintiff