IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ZAHRA MOWAFY, | : | C. A. NO: 05-733 (KAJ) |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| NORAMCO OF DELAWARE, INC. | : | |
| and NORAMCO, INC., | : | |
| | : | |
| Defendants. | : | |
| | : | |

**MOTION AND ORDER
FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of LARRY L. TURNER, ESQUIRE and KENNETH S. KNUCKEY, ESQUIRE, to represent the Defendants, Noramco of Delaware, Inc. and Noramco, Inc., in this matter.

PRICKETT, JONES & ELLIOTT, P.A.

BY: /s/ David E. Brand
DAVID E. BRAND (I.D.#201)
1310 King Street
P. O. Box 1328
Wilmington, DE 19899
(302) 888-6514
Attorneys for Defendants

DATE: April 24, 2006

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

_____
United States District Judge

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has not been paid to the Clerk of the Court.

Date: 3/27/06

LARRY L. TURNER
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19104
Tel: (215) 963-5000

19851.1\300710v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Maryland, District of Columbia and Pennsylvania, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has not been paid to the Clerk of the Court.

Date: 4/21/06

KENNETH S. KNUCKEY
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19104
Tel: (215) 963-5000

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2006, I electronically filed **DEFENDANTS' MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF LARRY L. TURNER, ESQUIRE AND KENNETH S. KNUCKEY, ESQUIRE** with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

Stephen J. Neuberger, Esquire
Thomas S. Neuberger, P.A.
Two East 7th Street
Suite 302
Wilmington, DE 19801

*/s/ David E. Brand*
DAVID E. BRAND (Bar I.D. #201)
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899-1328
TEL: 302-888-6514
EMAIL: DEBrand@prickett.com