# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **ZAHRA MOWAFY,** | : | NO: 05-733 |
| Plaintiff, | : | |
| v. | : | |
| **NORAMCO OF DELAWARE, INC.** and **NORAMCO, INC.,** | : | |
| Defendants. | : | |

### AFFIDAVIT OF LARRY L. TURNER

I, Larry L. Turner, being first duly sworn under oath, state and depose as follows:

1. I am a partner with the law firm Morgan Lewis & Bockius.

2. I have represented the Defendants in their dispute with Plaintiff since May 2004.

3. I am familiar with the litigation history of this matter.

4. My office received a copy of the Plaintiff's Default Motion by regular mail on Friday, March 17, 2006.

5. As of the filing of this response to the Plaintiff's Default Motion, I am not aware of my office or Noramco being served with a copy of the Plaintiff's Amended Complaint.

6. I understand that I am subject to punishment by law under 18 Pa. C.S. § 4904 if the foregoing statements are willfully false.

_____
Larry L. Turner

Sworn to and subscribed before me this 20th day of ~~August,~~ 2004. March 2004

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Rosemary L. Lavin, Notary Public
City Of Philadelphia, Philadelphia County
My Commission Expires Aug. 23, 2008
Member, Pennsylvania Association Of Notaries