**PRICKETT, JONES & ELLIOTT**
A PROFESSIONAL ASSOCIATION
**1310 KING STREET, BOX 1328**
**WILMINGTON, DELAWARE 19899**
TEL: (302) 888-6500
FAX: (302) 658-8111
http://www.prickett.com

Writer's Direct Dial:
(302)888-6514
Writer's Telecopy Number::
(302)658-8111
Writer's E-Mail Address:
DEBrand@prickett.com

Dover Office:
11 NORTH STATE STREET
DOVER, DELAWARE 19901
TEL: (302) 674-3841
FAX: (302) 674-5864

May 11, 2006

**VIA E-FILING AND HAND DELIVERY**

The Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, DE 19801

RE:  **Mowafy v. Noramco of Delaware, Inc., et al.**
     **C. A. No. 05-733 (KAJ)**

Dear Judge Jordan:

Today is the due date for Defendants' reply brief in support of their pending motion to stay this matter until contractually-required mediation is conducted. (DI 18). However, Defendants will not file a reply brief because Plaintiff indicated in her answering brief (DI 22) that she did not object to a stay and was interested in pursuing alternative dispute resolution.

Further, Defendants are able to inform the Court that the parties have communicated recently regarding an attempt to submit this dispute to mediation. We will report further developments to the Court, and we are, of course, available at the Court's convenience to discuss the status of this matter.

Respectfully submitted,

DAVID E. BRAND
(Del. Bar #201)

DEB/mhl
cc:  Clerk of the Court (Via Hand)
     Stephen J. Neuberger, Esquire (Via E-Filing)
     William T. Wilson, Esquire (Via E-Filing)

19851.1\303948v1