**PRICKETT, JONES & ELLIOTT**
A PROFESSIONAL ASSOCIATION
**1310 KING STREET, BOX 1328**
**WILMINGTON, DELAWARE 19899**
TEL: (302) 888-6500
FAX: (302) 658-8111
http://www.prickett.com

Writer's Direct Dial:
(302)888-6514
Writer's Telecopy Number::
(302)658-8111
Writer's E-Mail Address:
DEBrand@prickett.com

Dover Office:
11 NORTH STATE STREET
DOVER, DELAWARE 19901
TEL: (302) 674-3841
FAX: (302) 674-5864

September 11, 2006

**VIA E-FILING AND HAND DELIVERY**

The Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, DE 19801

      RE:    **Mowafy v. Noramco of Delaware, Inc., et al.**
                **C. A. No. 05-733 (KAJ)**

Dear Judge Jordan:

      I forward herewith Larry L. Turner, Esquire's September 11, 2006 letter to the Court.

      Counsel are available at the convenience of the Court, if there are questions regarding the status of this matter.

                                                Respectfully submitted,

                                               DAVID E. BRAND
                                               (Del. Bar #201)

DEB/mhl
Enclosure
cc:    Clerk of the Court (W/Encl.) (Via Hand)
        Stephen J. Neuberger, Esquire (W/Encl.) (Via E-Filing)
        William T. Wilson, Esquire (W/Encl.) (Via E-Filing)

19851.1\313591v1