Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
Tel: 215.963.5000
Fax: 215.963.5001
www.morganlewis.com



**Larry L. Turner**
Partner
215.963.5017
lturner@morganlewis.com

September 11, 2006

The Honorable Kent A. Jordan
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Room 6325, Lockbox 10
Wilmington, DE 19801

    Re:    Mowafy v. Noramco of Delaware, Inc.
               Civil Action No. 05-733

Dear Judge Jordan:

    We represent the Defendant Noramco of Delaware, Inc. ("Noramco") in this matter. We submit this letter jointly with counsel for Plaintiff Zahara Mowafy.

    As a follow-up to Noramco's letter to Your Honor dated May 11, 2006 (Docket No. 23), the parties believe that this case may be resolved through private mediation. To that end, the parties agreed to submit the dispute to a private mediator, former Magistrate Judge Kathleen A. Roberts for mediation on October 6, 2006. Given that the parties would like to focus their resources on the resolution of this litigation, the parties respectfully request that the Court stay these proceedings pending the outcome of the mediation.

                                      Respectfully submitted,

                                      Larry L. Turner

LLT/tp
cc:    William T. Wilson, Esquire
        David Brand, Esquire

1-PH/2491236.1