IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZAHRA MOWAFY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 05-733-*** |
| NORAMCO OF DELAWARE INC., ET AL., | ) ) ) ) |
| Defendants. | ) ) ) |

**ORDER**

FILED
FEB 1 2 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

At Wilmington this 12th day of February, 2007,

A letter was sent by counsel to the Court (D.I. 24) dated September 11, 2006 indicating that this case may have been resolved through private mediation.

IT IS HEREBY ORDERED that counsel shall submit a status report to the Court on or before February 23, 2007.

_____
UNITED STATES MAGISTRATE JUDGE