**PRICKETT, JONES & ELLIOTT**
A PROFESSIONAL ASSOCIATION
**1310 KING STREET, BOX 1328**
**WILMINGTON, DELAWARE 19899**
TEL: (302) 888-6500
FAX: (302) 658-8111
http://www.prickett.com

Writer's Direct Dial:
(302)888-6514
Writer's Telecopy Number::
(302)658-8111
Writer's E-Mail Address:
DEBrand@prickett.com

Dover Office:
11 NORTH STATE STREET
DOVER, DELAWARE 19901
TEL: (302) 674-3841
FAX: (302) 674-5864

February 22, 2007

*Via E-File and*
*Hand Delivery*

The Hon. Mary Pat Thynge
United States Magistrate
United States District Court
844 N. King St.
Lockbox 8
Wilmington, DE 19801

      In re:     Mowafy v. Noramco of Delaware, Inc.
                      <u>Civil Action No. 05-733</u>

Dear Judge Thynge:

     In response to the Court's February 12, 2007 Order, I transmit herewith the Joint Status Report submitted by defense counsel, Larry L. Turner, on behalf of plaintiff and defendant.

     If additional information is required, counsel are available at the Court's convenience.

                                                  Respectfully,

                                                  DAVID E. BRAND
                                                  Delaware Bar ID 201

DEB/lsc

cc:    Stephen J. Neuberger, Esq.
        William T. Wilson, Esq.
        Larry L. Turner, Esq.

Enc.

19851.1\327438v1