Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
Tel: 215.963.5000
Fax: 215.963.5001
www.morganlewis.com



**Morgan Lewis**
COUNSELORS AT LAW

**Larry L. Turner**
Partner
215.963.5017
lturner@morganlewis.com

February 21, 2007

The Honorable Mary Pat Thynge
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Room 6100, Lockbox 8
Wilmington, DE 19801

      Re:   <u>Mowafy v. Noramco of Delaware, Inc.</u>
             Civil Action No. 05-733

Dear Judge Thynge:

      We represent the Defendant Noramco of Delaware, Inc. ("Noramco") in this matter. We submit this letter jointly with counsel for Plaintiff Zahara Mowafy.

      Pursuant to Your Honor's Order dated February 12, 2007 (Docket No. 26), and as a follow-up to the parties' letter to Judge Jordan dated September 11, 2006 (Docket No. 24), the parties have been unable to reach a settlement in this matter. After the parties' October 6, 2006 mediation, the parties worked closely with former Magistrate Judge Kathleen A. Roberts for several months to work towards an amicable resolution of Plaintiff's claims but were unsuccessful. Accordingly, the parties are prepared to have the stay of proceedings lifted.

                              Respectfully submitted,

                              Larry L. Turner

LLT/tp
cc:   William T. Wilson, Esquire
       David Brand, Esquire