# THE NEUBERGER FIRM
### ATTORNEYS AND COUNSELLORS AT LAW

TWO EAST SEVENTH STREET
SUITE 302
WILMINGTON, DELAWARE 19801-3707

WWW.NEUBERGERLAW.COM
EMAIL: INFO@NEUBERGERLAW.COM

| | |
|---|---|
| THOMAS S. NEUBERGER, ESQUIRE | PHONE: (302) 655-0582 |
| STEPHEN J. NEUBERGER, ESQUIRE | FAX: (302) 655-9329 |
| RAEANN WARNER, ESQUIRE | |
| CHERYL A. HERTZOG, ESQUIRE* | |
| *(Licensed in PA and NJ only) | |

April 30, 2007                                                                 <u>Via CM/ECF Filing</u>

The Honorable Mary Pat Thynge
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

RE:  **Zahra Mowafy v. Noramco of Delaware, Inc.**, C.A.No. 05-733-***

Dear Judge Thynge:

   This letter is submitted in accord with the Court's Order dated April 10, 2007.

   Please be advised that the participants in the conference call of May 2nd will be myself and William T. Wilson, Esquire for the plaintiff, and Larry L. Turner, Esquire and David E. Brand, Esquire for the defendants. Plaintiff will arrange for the call.


Respectfully submitted,

/s/ Stephen J. Neuberger

Attorney for Plaintiff

cc:   David E. Brand, Esquire (via CM/ECF)

Mowafy \ Letters \ Thynge.01