**PRICKETT, JONES & ELLIOTT**
A PROFESSIONAL ASSOCIATION
**1310 KING STREET, BOX 1328**
**WILMINGTON, DELAWARE 19899**
TEL: (302) 888-6500
FAX: (302) 658-8111
http://www.prickett.com

Writer's Direct Dial:
(302)888-6514
Writer's Telecopy Number::
(302)658-8111
Writer's E-Mail Address:
DEBrand@prickett.com

Dover Office:
11 NORTH STATE STREET
DOVER, DELAWARE 19901
TEL: (302) 674-3841
FAX: (302) 674-5864

May 2, 2007

**VIA E-FILE AND HAND DELIVERY**

Magistrate Judge Mary Pat Thynge
United States District Court
844 N. King St., Lockbox 8
Wilmington, DE 19801

    IN RE:    Mowafy v. Noramco of Delaware, Inc.
                   C. A. No. 05-733

Dear Magistrate Judge Thynge:

    I write to renew defendant's request pursuant to Local Rule 7.1.4 for oral argument on the pending Motion for Default Judgment (D.I. 9). I note that defendant initially requested oral argument on March 28, 2006, one day after the completion of briefing on the Motion (D.I. 14).

                                          Respectfully submitted,

                                          DAVID E. BRAND
                                          Delaware Bar ID 201

DEB/mhl
cc:    Stephen J. Neuberger, Esquire (Via E-Filing)
       William T. Wilson, Esquire (Via E-Filing)
       Larry L. Turner, Esquire (Via E-Mail)