IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZAHRA MOWAFY, | : |
| Plaintiff, | : |
| v. | : C. A. No. 05-733-*** |
| NORAMCO OF DELAWARE, INC. and NORAMCO, INC., | : |
| Defendants. | : |

### ORDER

At Wilmington this **12th** day of **October, 2007**.

WHEREAS, all pending motions were resolved by the Court on September 27, 2007 (D.I. 32);

WHEREAS, defendants filed an answer to the amended complaint (D.I. 33) on October 11, 2007;

WHEREAS, a scheduling order has not been issued in this case; therefore,

IT IS HEREBY ORDERED that counsel shall confer and submit an agreed upon scheduling order for the Court's signature on or before October 22, 2007.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE