**PRICKETT, JONES & ELLIOTT**
A PROFESSIONAL ASSOCIATION
**1310 KING STREET, BOX 1328**
**WILMINGTON, DELAWARE 19899**
TEL: (302) 888-6500
FAX: (302) 658-8111
http://www.prickett.com

Writer's Direct Dial:
(302)888-6514
Writer's Telecopy Number::
(302)658-8111
Writer's E-Mail Address:
DEBrand@prickett.com

Dover Office:
11 NORTH STATE STREET
DOVER, DELAWARE 19901
TEL: (302) 674-3841
FAX: (302) 674-5864

October 23, 2007

*VIA E-FILE AND HAND DELIVERY*

Honorable Mary Pat Thynge
United States Magistrate for the
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Room 4324
Lockbox 19
Wilmington, DE 19801

    *In re:* *Mowafy v. Noramco of Delaware, Inc. and Noramco, Inc.*
       *C.A. No. 05-733-\*\*\**

Dear Judge Thynge:

  As directed by the Court, the parties have conferred again regarding scheduling. Enclosed please find a proposed Scheduling Order. It reflects the discussions and the Court's guidance at the May 2, 2007 scheduling Conference and is acceptable to both plaintiff and defendant.

  The parties continue to work cooperatively on the electronic discovery disclosures required by the default rules.

  We are available at the convenience of the Court if this proposed order prompts questions.

              Respectfully submitted,

              DAVID E. BRAND
              Bar ID No. 201

DEB/lsc

cc: Stephen J. Neuberger, Esq.
   William T. Wilson, Esq.
   Larry L. Turner, Esq.

Enc. Proposed Scheduling Order