IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZAHRA MOWAFY,<br><br>    Plaintiff,<br><br>  v.<br><br>NORAMCO OF DELAWARE, INC.<br>and NORAMCO, INC.,<br><br>    Defendants. | NO: 05-733-*** |

**NOTICE OF SERVICE OF**
**DEFENDANTS' ELECTRONIC DISCOVERY DISCLOSURES;**
**DEFENDANTS' INITIAL DISCLOSURES; DEFENDANTS' FIRST SET OF REQUESTS FOR**
**THE PRODUCTION OF DOCUMENTS; AND DEFENDANTS' FIRST SET OF**
**INTERROGATORIES DIRECTED TO PLAINTIFF**

I David E. Brand, hereby certify that on December __7__, 2007, I caused a copy of:

1. Defendants' Electronic Discovery Disclosures;
2. Defendants' Initial Disclosures;
3. Defendants' First Set of Requests for the Production of Documents;
4. Defendants' First Set of Interrogatories Directed to Plaintiff;

to be served upon the parties listed below via U. S. First Class Mail:

Stephen J. Neuberger, Esquire
Thomas S. Neuberger, P.A.
Two East 7th Street
Suite 302
Wilmington, DE 19801

William T. Wilson, Esq.
MACELREE HARVEY, LTD.
17 West Miner St.
P.O. Box 660
West Chester, PA 19381-0660

_____
DAVID E. BRAND (Bar I.D. #201)
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899-1328
TEL: 302-888-6514
EMAIL: DEBrand@prickett.com
**ATTORNEYS FOR DEFENDANTS**

cc: Michael J. Eagles, Esq.
   Larry L. Turner, Esq.