## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| ZAHARA MOWAFY, | NO.  05-733-*** |
| Plaintiff | JURY TRIAL DEMANDED |
| v. | |
| NORAMCO OF DELAWARE, INC. and NORAMCO, INC., | |
| Defendants | |

## <u>NOTICE OF SERVICE</u>

I, Stephen J. Neuberger, being a member of the Bar of this Court, do hereby certify that

on November 6, 2007, I caused plaintiff's Initial Disclosures to be served by regular mail on the

following individuals:

> Larry L. Turner, Esq.
> MORGAN, LEWIS & BOCKIUS, LLP
> 1701 Market Street
> Philadelphia, PA  19103-2921

> David E. Brand, Esq.
> PRICKETT, JONES & ELLIOTT
> 1310 King Street, Box 1328
> Wilmington, DE  19899-1328

THE NEUBERGER FIRM, P.A.

/s/ Stephen J.. Neuberger
STEPHEN J. NEUBERGER, ESQ. (#4440)
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801
(302) 655-0582
SJN@NeubergerLaw.com

cc:    William T. Wilson, Esq.    Attorney for Plaintiff

Dated:  December 13, 2007