## IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

| | |
|---|---|
| ZAHRA MOWAFY, <br><br>                    Plaintiff <br><br> v. <br><br> NORAMCO OF DELAWARE, INC. and NORAMCO, INC., <br><br>                    Defendants | NO. 05-733-*** <br><br> JURY TRIAL DEMANDED |

## NOTICE OF SERVICE

I, Stephen J. Neuberger, being admitted to this Court for this case, do hereby certify that on December 28, 2007, I caused plaintiff's First Set of Interrogatories and Requests for Production of Documents to be served by regular mail on the following individuals:

Larry L. Turner, Esq.
MORGAN, LEWIS & BOCKIUS, LLP
1701 Market Street
Philadelphia, PA  19103-2921

David E. Brand, Esq.
PRICKETT, JONES & ELLIOTT
1310 King Street, Box 1328
Wilmington, DE  19899-1328

THE NEUBERGER FIRM, P.A.

/s/ Stephen J.. Neuberger
STEPHEN J. NEUBERGER, ESQ. (#4440)
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801
(302) 655-0582
SJN@NeubergerLaw.com
Attorney for Plaintiff

Dated:  December 31, 2007

cc:    William T. Wilson, Esq.