IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZAHRA MOWAFY,<br><br>          Plaintiff,<br><br>v.<br><br>NORAMCO OF DELAWARE, INC.<br>and NORAMCO, INC.,<br><br>          Defendants. | C. A. NO: 05-733-JJF |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of ALISON L. LASSETER, ESQUIRE, to represent the Defendants, Noramco of Delaware, Inc. and Noramco, Inc., in this matter.

                                                PRICKETT, JONES & ELLIOTT, P.A.

                                                  BY: _____
                                                  DAVID E. BRAND (I.D.#201)
                                                  1310 King Street
                                                  P. O. Box 1328
                                                  Wilmington, DE 19899
                                                  (302) 888-6514
                                                  Attorneys for Defendants

DATE: February 26, 2008.

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

_____
United States District Judge