IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZAHRA MOWAFY, | |
| Plaintiff, | NO: 1:05-cv-733-JJF |
| v. | |
| NORAMCO OF DELAWARE, INC. and NORAMCO, INC., | |
| Defendants. | |

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania and State of New Jersey and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.

I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has not been paid to the Clerk of the Court.

*Alison Lasseter*
ALISON L. LASSETER
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103
Tel: (215) 963-5152
Fax: (877) 432-9652
Email: alasseter@morganlewis.com

Date: 2/22/08

19851.1\361518v1