IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZAHRA MOWAFY, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C. A. No. 05-733-JJF |
| | : |
| NORAMCO OF DELAWARE, INC. and NORAMCO, INC., | : |
| | : |
| Defendants. | : |

## ORDER

At Wilmington this **5th** day of **March, 2008**.

IT IS ORDERED that the status teleconference scheduled for April 1, 2008 at 9:00 a.m. with Judge Thynge is cancelled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE