IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZAHRA MOWAFY,<br><br>             Plaintiff,<br>v.<br><br>NORAMCO OF DELAWARE, INC.<br>and NORAMCO, INC.,<br><br>             Defendants. | NO: 1:05-cv-733-JJF. |

## NOTICE OF SERVICE

I David E. Brand, hereby certify that on March 6, 2008, Defendants caused a copy of:

1. Defendants' Answers and Objections to Plaintiff's First Set of Interrogatories; and
2. Defendants' Responses and Objections to Plaintiff's Request for Production of Documents Directed to Defendant(s);

to be served upon the parties listed below via U. S. First Class Mail:

Stephen J. Neuberger, Esquire  
THOMAS S. NEUBERGER, P.A.  
Two East 7th Street  
Suite 302  
Wilmington, DE 19801  

William T. Wilson, Esq.  
MACELREE HARVEY, LTD.  
17 West Miner St.  
P.O. Box 660  
West Chester, PA  19381-0660  

I David E. Brand, hereby certify that on March 7, 2008, Defendants caused a copy of: Defendants' Documents in Response to Plaintiff's Request for Production of Documents;

to be served upon the parties listed below via U. S. First Class Mail:

Stephen J. Neuberger, Esquire  
Thomas S. Neuberger, P.A.  
Two East 7th Street  
Suite 302  
Wilmington, DE 19801  

William T. Wilson, Esq.  
MACELREE HARVEY, LTD.  
17 West Miner St.  
P.O. Box 660  
West Chester, PA  19381-0660  

_____  
DAVID E. BRAND (Bar I.D. #201)  
Prickett, Jones & Elliott, P.A.  
1310 King Street  
P.O. Box 1328  
Wilmington, DE  19899-1328  
TEL: 302-888-6514  
EMAIL: DEBrand@prickett.com  

cc:   Alison L. Lasseter, Esq.  
        Larry L. Turner, Esq.