**PRICKETT, JONES & ELLIOTT**
A PROFESSIONAL ASSOCIATION
**1310 KING STREET, BOX 1328**
**WILMINGTON, DELAWARE 19899**
TEL: (302) 888-6500
FAX: (302) 658-8111
http://www.prickett.com

Writer's Direct Dial:
(302)888-6514
Writer's Telecopy Number::
(302)658-8111
Writer's E-Mail Address:
DEBrand@prickett.com

Dover Office:
11 NORTH STATE STREET
DOVER, DELAWARE 19901
TEL: (302) 674-3841
FAX: (302) 674-5864

March 25, 2008

*Via E-File*

The Honorable Joseph J. Farnan, Jr.
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Room 4124, Lockbox 27
Wilmington, DE 19801

Re:   Mowafy v. Noramco of Delaware, Inc. and Noramco, Inc.
      Civil Action No.: 05-733 JJF

Dear Judge Farnan:

We represent the Defendants Noramco of Delaware, Inc. and Noramco, Inc. in the above-referenced matter. This interim status report is being submitted on behalf of both Plaintiff and Defendants in compliance with paragraph 7 of the Scheduling Order (D.I. 36) entered October 29, 2007 by Magistrate Judge Mary Pat Thynge.

To date, the parties have exchanged their Initial Disclosures, as well as answers and responsive documents to interrogatories and document requests. The parties expect depositions to occur in April and May. Although the parties fully anticipate meeting the various deadlines set forth in the Scheduling Order, the parties may submit a stipulation to request that the Court agree to a modification of the existing Scheduling Order.

Should the Court require additional information, counsel are available at the convenience of the Court.

Respectfully Submitted,

David E. Brand
Del. Bar ID 201

cc:   Stephen Neuberger, Esq.
      William T. Wilson, Esq.
      Larry L. Turner, Esq.