**PRICKETT, JONES & ELLIOTT**
A PROFESSIONAL ASSOCIATION
**1310 KING STREET, BOX 1328**
**WILMINGTON, DELAWARE 19899**
TEL: (302) 888-6500
FAX: (302) 658-8111
http://www.prickett.com

Writer's Direct Dial:
(302)888-6514
Writer's Telecopy Number::
(302)658-8111
Writer's E-Mail Address:
DEBrand@prickett.com

Dover Office:
11 NORTH STATE STREET
DOVER, DELAWARE 19901
TEL: (302) 674-3841
FAX: (302) 674-5864

May 20, 2008

*Via E-File*

The Honorable Joseph J. Farnan, Jr.
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Room 4124, Lockbox 27
Wilmington, DE 19801

Re: **Mowafy v. Noramco of Delaware, Inc. and Noramco, Inc.**
   **Civil Action No.: 05-733 JJF**

Dear Judge Farnan:

Counsel have agreed to modify the Scheduling Order entered by Magistrate Judge Thynge and, by the Stipulation and Order transmitted herewith, respectfully request that the Court approve the scheduling order modification. No trial date has been set for this case.

If this request prompts questions, counsel are available at the convenience of the Court.

Respectfully Submitted,

*[signature]*

David E. Brand
Del. Bar ID 201

cc: Stephen Neuberger, Esq.
   William T. Wilson, Esq.
   Larry L. Turner, Esq.

Enc.

19851.1\369927v1